UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PORTSMOUTH JV, A JOINT VENTURE,
    Plaintiff,

Case No. 1:18-cv-649
Bertelsman, J.
Litkovitz, M.J.

vs.

THE GUARANTEE COMPANY OF
NORTH AMERICA USA,
    Defendant.

ORDER

This matter is before the Court on the motion of Portsmouth JV, a Joint Venture, to compel production of documents in response to subpoena (Doc. 34), to which no opposition memorandum has been filed.

Portsmouth JV moves this Court, pursuant to Fed. R. Civ. P. 45, for an order compelling third-party L.A. Williams Construction, LLC ("L.A. Williams") to produce documents responsive to a subpoena issued by the Joint Venture on March 5, 2019. No objections have been filed by L.A. Williams to the subpoena.

For the reasons set forth in Portsmouth JV's motion, to which L.A. Williams has not responded, the Court finds that the documents sought in response to Requests Numbers 3 and 4 of the subpoena are relevant to the pending lawsuit. As there has been no showing of adequate excuse for not complying with the subpoena, the motion to compel responses to Requests Numbers 3 and 4 of the subpoena is **GRANTED**.

L.A. Williams is hereby **ORDERED** to provide responses to Requests Numbers 3 and 4 of the subpoena within **fourteen (14) days** of the date of this Order. Failure to comply with this Order may subject L.A. Williams to contempt of court. *See* Fed. R. Civ. P. 45(g).

The Clerk of Court is directed to send a copy of this Order by regular and certified mail to:

> L.A. Williams Construction, LLC
> c/o Louis Williams, Jr., Statutory Agent
> 2776 Crest Road
> Cincinnati, OH 45251

**IT IS SO ORDERED.**

Date: 8/28/19

Karen L. Litkovitz
United States Magistrate Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>L.A. Williams Construction, LLC<br>c/o Louis Williams, Jr.,<br>Statutory Agent<br>2776 Crest Road<br>Cinti, OH 45251 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7011 3500 0001 5345 6526 | |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540