# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

PORTSMOUTH JV, A JOINT VENTURE,
    Plaintiff,

Case No. 1:18-cv-649
Bertelsman, J.
Litkovitz, M.J.

vs.

THE GUARANTEE COMPANY OF
NORTH AMERICA USA,
    Defendant.

**ORDER**

    This matter is before the Court following a telephone status conference held on January 14, 2020. The parties continue to engage in document exchange, third-party discovery, and review of the documents obtained from those efforts. The parties have agreed on a private mediator to mediate the dispute and are currently scheduling the mediation for March 2020. In addition, Guarantee still intends to conduct an informal discussion with a representative of the Joint Venture prior to the mediation in order to better understand the Joint Venture's claims in this lawsuit, as offered by the Joint Venture. *See* Doc. 35. Therefore, by agreement of the parties, and with the Court's consent, the deadlines in the case are hereby **STAYED** pending a March 2020 private mediation. A follow-up status conference will be held on **March 30, 2020 at 3:00 P.M.**

    **IT IS SO ORDERED.**

Date: 1/14/20

Karen L. Litkovitz
United States Magistrate Judge