# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PORTSMOUTH JV, A JOINT VENTURE,<br>    Plaintiff, | Case No. 1:18-cv-649<br>Bertelsman, J.<br>Litkovitz, M.J. |
| vs. | |
| THE GUARANTEE COMPANY<br>OF NORTH AMERICA USA,<br>    Defendant. | **ORDER** |

A follow-up telephone status conference was held in this matter on March 30, 2020. By agreement of the parties, and with the Court's approval, all deadlines in this matter are **STAYED** for an additional ninety (90) days from the date of this Order in light of the exigent circumstances created by the COVID-19 virus. The parties shall submit a joint status report to the Court at the end of the 90-day period.

    **IT IS SO ORDERED**.

Date: March 30, 2020                                                      s/ Karen L. Litkovitz
                                                                                            Karen L. Litkovitz
                                                                                            United States Magistrate Judge